**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **THURMAN HARVEY HINES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-07-1429-R** |
| | ) | |
| **JUSTIN JONES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered July 25, 2008. [Doc. No. 22]. No objection to the Report and Recommendation has been filed nor has an extension of time to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 22] is ADOPTED in its entirety and the motions for leave to proceed *in forma pauperis* filed by Plaintiffs Garza, Hooks and Garret [Doc. Nos. 12, 13 and 14] are DENIED and Plaintiffs Garza, Hooks, Garrett, Olive, Jenkins, Martin and Carr are DISMISSED without prejudice as parties from this action for failure to comply with the orders of this Court; Plaintiff Hines is ORDERED to file an amended complaint which asserts only his claims, and which specifies the acts or omissions committed by each named Defendant and the harm suffered by him as a result, within twenty (20) days of the date of this order; Plaintiff's "Motion to Amend and Supplement Petition for Civil Rights Complaint: to Delet[e] Defendant(s) [Doc. No. 16] is DENIED and the "Amended Complaint and Motion to Amend and Supplement Pleadings to Conform to Evidence and Additional Transactions and Events" [Doc No. 19]

is STRICKEN from the record; Plaintiffs' motions for preliminary injunction [Doc. No. 4], and for appointment of counsel [Doc. No. 17] are DENIED; and Plaintiff Hines' motion for issuance of summons and for an order granting *in formna pauperis* [Doc. No. 20] are DENIED as moot.

IT IS SO ORDERED this 14th day of August, 2008.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE