IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **THURMAN HARVEY HINES,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIV-07-1429-R** |
| ) | |
| **JUSTIN JONES, et al.,** ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Inasmuch as Plaintiff paid the initial partial filing fee in the amount of $3.72 on November 18, 2008, the Report and Recommendation of the Magistrate Judge entered November 17, 2008 [Doc. No. 27] is REJECTED as moot and this case is again referred to United States Magistrate Judge Bana Roberts for further proceedings consistent with the original Referral Order [Doc. No. 8].

**It is so ordered this 21st day of November, 2008.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE